UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNIE LEE WALTERS,

          Petitioner,

v.

PATRICK GLEBE,

          Respondent.

Case No. C14-903 RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED** without prejudice;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

5. Petitioner's Motion for Stay and Abeyance is DENIED., Dkt. # 27.

DATED this 31st day of March, 2015.

          /s/ Robert S. Lasnik
          Robert S. Lasnik
          United States District Judge

ORDER OF DISMISSAL- 1